| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | GRANT P. FONDO (CABN 181530)<br>Assistant United States Attorney |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5066

Attorneys for Plaintiff

**FILED**

DEC - 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,         )    No. CR 12-00833 LHK/HRL
                                  )
         Plaintiff,               )    STIPULATION AND [~~PROPOSED~~]
    v.                            )    ORDER RESCHEDULING DETENTION
                                  )    HEARING DECEMBER 12, 2013 AT 1:30
PEDRO CARBAJAL-RUVALCABA          )    P.M.
a/k/a "Guero,                     )
                                  )
         Defendant.               )

Defendant requests that his detention hearing be rescheduled from December 10, 2012, to December 12, 2012, at 1:30 p.m. The United States has no objection.

///

///

///

///

///

///

*US v. CARBAJAL*, CR 12-00833 LHK/HRL
Stipulation and [Proposed] Order re DH

1 | DATED: December 7, 2012

MELINDA HAAG
United States Attorney

/S/

———————————————
GRANT P. FONDO
Assistant United States Attorney


/S/

———————————————
HUGH LEVINE
Counsel for Defendant

### ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that defendant's detention hearing be rescheduled to December 12, 2012, at 1:30 p.m.

IT IS SO ORDERED.

DATED: 12/7/12

———————————————
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

*US v. CARBAJAL*, CR 12-00833 LHK/HRL
Stipulation and [Proposed] Order re DH